DATE: FEBRUARY 4, 2008, TIME 3:55pm.

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§§1983

Visal San
C-6, Cell-6373, CDC#H-14193
CALIFORNIA MENS COLONY/EAST
Post Office Box 8101, Hwy.1
San Luis Obispo, California
93409-8101
**In Propria Persona**

MOTION FOR AN UPDATE PROGRESS

REPORT
CASE#C-07-5048

— ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **VISAL SAN** ) | // | // |
| PLAINTIFF/APPELLANT ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| DANIEL THOR, M.D. ) | | |
| D. POSNER, M.D. ) | // | |
| A. LUCINE, M.D. ) | | |
| DEFENDANT/APPELLEE ) | | |

FILED FEB 11 PM 2:35

### DECLARATIONS

On or about October 1, 2007, I Visal San's Complaint under the Civil Rights Act, 42 U.S.C.§§1983 was filed on the above mention date, as well as the U.S.D.C. Clerk providing Plaintiff with Case number C-07-5048 for the filed Complaint. The problem at bar is ... since the aboved filed date Plaintiff has not heard one IODA concerning the progress of the said complaint and is requesting through this Petition any updates that might be scheduled in the very near future, without delay.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON: FEBRUARY 6, 2008, AT CMC-EAST FACILITY STATE PRISON, IN THE COUNTY OF SAN LUIS OBISPO. 93409-8101.

RESPECTFULLY SUBMITTED BY

_____
VISAL SAN/PLAINTIFF

cc:copy

PROOF OF SERVICE BY AN INMATE IN STATE CUSTODY

SAN LUIS OBISPO

COUNTY                                           CASE# C-07-5048

I, Visal San, is over the age of 18 years old and that I am a party in this above action and that I reside at California Men's Colony East State Prison at Post Office Box 8101, Hwy.1, C-6, Cell-6373 San Luis Obispo, California 93409-8101.

On February 6, 2008, I placed in the Prison mailbox the following document:

**MOTION FOR A PROGRESS REPORT**

THAT THE FOLLOWING LEGAL DOCUMENT WAS SENT TO THE U.S.D.C. (PARTIES)

OFFICE OF THE CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA. 94102

---

I, VISAL SAN, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON: FEBRUARY 6, 2008, AT CMC-EAST STATE PRISON IN SAN LUIS OBISPO, CALIFORNIA. 93409-8101

DATE: FEBRUARY 6, 2008

X _____
         (DECLARANT)


          VISAL SAN
(PRINT OR TYPE FULL NAME HERE PLEASE)


//                    //                    //

Visal San
C-6, Cell-6373, CDC#H-14193
CALIFORNIA MENS COLONY/EAST
Post Office Box 3101, Hwy.1
San Luis Obispo, California
93409-8101

LEGAL MAIL



MAILED FROM ZIP CODE 93401
FEB 08 2008
$ 00.00
0004247478
02 1M

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

SANTA BARBARA CA 931
08 FEB 2008 PM 2 T

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA.
94102

