IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VISAL SAN,

        Plaintiff,

  v.

DANIEL THOR, M.D., et al.,

        Defendants.
                                           /

No. CV-07-5048 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice.

Dated: September 8, 2008                             Richard W. Wieking, Clerk

                                                                           By: Tracy Lucero
                                                                           Deputy Clerk